



Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
ekroub@mizrahikroub.com
www.mizrahikroub.com

September 6, 2022

The Honorable Valerie Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/07/2022

**VIA ECF**

Re:   *Tavarez v. Moo Organic Chocolates, LLC.*; Case No. 1:21-cv-9816-VEC

Dear Judge Caproni:

We represent plaintiff Victoriano Tavarez ("Plaintiff") in the above-referenced action. We respectfully write, with the consent of counsel for defendant Moo Organic Chocolates, LLC ("Defendant"), to request the following extension of the deadlines set forth in the Court's August 26, 2022 order concerning Plaintiff's application to file a Second Amended Complaint. *See* Docket No. 37. Plaintiff seeks this extension because the lead attorney on this case experienced a death in his family this past weekend. This is the first request for an extension of these deadlines and all parties consent to this request.

| Event | Original Date | Proposed Date |
|---|---|---|
| Plaintiff to Seek Leave to File Second Amended Complaint | September 9, 2022 | September 16, 2022 |
| Defendant's Response Date | September 23, 2022 | October 14, 2022 |
| Plaintiff's Reply | September 30, 2022 | October 28, 2022 |

Respectfully submitted,
/s/ Edward Y. Kroub
Edward Y. Kroub

Cc:   All Counsel of Record (via ECF)

Application GRANTED. Plaintiff must seek leave to file a Second Amended Complaint or show cause why the Amended Complaint should not be dismissed for lack of standing by **September 16, 2022**. Defendant must respond not later than **October 14, 2022**, and Plaintiff must reply not later than **October 28, 2022**.

SO ORDERED.

*[signature]*
09/07/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE