UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
VICTORIANO TAVAREZ, Individually, and :
On Behalf of All Others Similarly Situated, :
: Case No. 1:21-cv-9816-VEC
Plaintiff, :
:
vs. : **STIPULATION OF DISMISSAL**
MOO ORGANIC CHOCOLATES, LLC, :
Defendant. :
:
:
:
:
---------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs, disbursements, and attorneys' fees.

DATED: December 20, 2022         **MIZRAHI KROUB LLP**

*[signature]*

WILLIAM J. DOWNES
225 Broadway, 39th Floor
New York, NY 10007
Telephone: 212/595-6200
212/595-9700 (fax)
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

DATED: December 20, 2022         **BLANK ROME LLP**

*[signature]*

MARTIN S. KREZALEK
1271 Avenue of Americas
New York, NY 10020
212-885-5000
Email:
Martin.krezalek@blankrome.com

*Attorneys for Defendant*