**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

VICTORIANO TAVAREZ, Individually, and
On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

MOO ORGANIC CHOCOLATES, LLC,

                Defendant.

---------------------------------------------------------------x

Case No. 1:21-cv-9816-VEC

**STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs, disbursements, and attorneys' fees.

DATED: December 20, 2022

**MIZRAHI KROUB LLP**

*[signature]*

WILLIAM J. DOWNES
225 Broadway, 39th Floor
New York, NY 10007
Telephone: 212/595-6200
212/595-9700 (fax)
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

DATED: December 20, 2022

**BLANK ROME LLP**

*[signature]*

MARTIN S. KREZALEK
1271 Avenue of Americas
New York, NY 10020
212-885-5000
Email:
Martin.krezalek@blankrome.com

*Attorneys for Defendant*

> This stipulation only pertains to the named Plaintiff. The Clerk of Court is respectfully directed to close this case and to strike the class action language from the caption.
>
> SO ORDERED.
>
> *[signature]* 12/22/2022
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

2